| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 1:18-CR-102 |
| | § | |
| | § | |
| ROBERT MILTON RILEY | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. finding the Defendant violated the first allegation in the petition that he failed to follow a mandatory condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the defendant to a term of 12 months' imprisonment with no supervised release to follow. This sentence shall run consecutively to the sentence imposed in Case 1:23-CR-105 filed in the Eastern District of Texas.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant

also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Robert Milton Riley's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 11th day of October, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE